# 842 CASES REPORTED WITH BRIEF SYLLABI.

SAMUEL OHLBAUM, as Administrator, etc., of DAVID H. OHLBAUM, Deceased, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Order granting leave to plaintiff to serve an amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. As the status of the action was not shown, we are unable to decide whether the terms imposed were adequate. The amendments which plaintiff desired to make should have been permitted only on payment of costs to date. The proposed amendment by which plaintiff sought to allege a waiver, was frivolous. If plaintiff has performed, then that fact should be alleged without qualification. If he has not performed, for the reason that defendant waived performance, then the conditions waived and the facts and circumstances constituting such waiver must be alleged. (*Todd* v. *Union Casualty & Surety Co.*, 70 App. Div. 52.) Leave to plead anew in conformity with the foregoing memorandum should be granted on payment of costs to date. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur. Settle order on notice.

MAE C. O'LEARY, Appellant, v. THE ATLANTIC AMUSEMENT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JAMES A. O'LEARY, Appellant, v. THE ATLANTIC AMUSEMENT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

EMANUEL PAPPERT, an Infant, by His Guardian ad Litem, MORRIS PAPPERT, Respondent, v. EDWARD PODSEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

MORRIS PAPPERT, Respondent, v. EDWARD PODSEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

ARCHIBALD W. PARKIN, Respondent, v. THE UNITY PROTECTIVE INSURANCE ASSOCIATION, etc., Appellant. (Action No. 1.) — Order denying motion to vacate notice of examination reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The notice is improper in form. Such a notice should inform the adverse party whether the moving party desires to examine the adverse party or a witness. By the notice plaintiff also seeks to examine as to matters upon which defendant has the burden of proof. Such an examination is not permitted without proof of some special circumstances showing that plaintiff is entitled thereto. The motion for examination may be renewed upon proper papers. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

DAVID PEPPER and MORRIS PEPPER, as Administrators of the Estate of JOSEPH PEPPER, Deceased, Appellants, v. ALMOND REALTY Co., INC., Respondent.— Order striking cause from day calendar reversed on the law, with ten dollars costs and disbursements, and motion denied, without costs. The provision of the order permitting an amendment of the complaint, directing that the cause retain its place on the calendar, was properly made. (*Stehli Silks Corporation* v. *Kleinberg*, 200 App. Div. 16; *Kelly* v. *Hilbert*, Id. 489.) No appeal was taken from that order. In face of it, the court was not warranted in making the order appealed from. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.